# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DUSTIN FRANKS**                                                                         **PLAINTIFF**

**v.**                              **No. 3:24-cv-00010-BRW-ERE**

**SOCIAL SECURITY ADMINISTRATION**                               **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 9)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 15 July 2024.

_____
UNITED STATES MAGISTRATE JUDGE