IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DUSTIN FRANKS**                                                                                    **PLAINTIFF**

V.                                         No. 3:24-cv-00010-BRW

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                                     **DEFENDANT**

## ORDER

Pending is Plaintiff's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), requesting a total award of **$4,737.25**. Plaintiff is entitled to an award of attorney's fees and costs, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (Doc. No. 12) is GRANTED. Plaintiff is awarded **$4,737.25** in attorney's fees and costs.[1]

IT IS SO ORDERED this 10th day of October, 2024.

Billy Roy Wilson
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.